# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No.   21MJ0805 |
| Plaintiff, ) | |
| v. ) | COMPLAINT FOR VIOLATION OF: |
| ) | Title 18, USC 111(a)(1) Assault on a |
| ) | Federal Officer |
| Pedro ARIZMENDI-Ayala, ) | |
| Defendant. ) | |

The undersigned complainant being, duly sworn, states:

On or about February 26, 2021, within the Southern District of California, defendant, Pedro ARIZMENDI-Ayala, did knowingly and intentionally, willfully and forcibly assault a person named in 18 U.S.C. Section 1114, namely Department of Homeland Security, Customs and Border Protection, United States Border Patrol, Border Patrol Agent C. Wagner, in that Defendant struck Agent Wagner on the cheek and on the head while Agent Wagner was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

SIGNATURE OF COMPLAINANT
Matthew R. Kucewicz
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MARCH 1, 2021.

HON. KAREN S. CRAWFORD
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Pedro ARIZMENDI-Ayala

PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Orlando Juvenal ZAGAL-Fuentes, a citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material, that it is impracticable to secure his attendance at the trial by subpoena; and he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On February 26, 2021, Border Patrol Agent C. Wagner was conducting his assigned duties in the Brown Field Border Patrol Station's area of responsibility. At approximately 5:15 A.M., Agent Wagner had positioned himself along the Otay Truck Trail at the base of a trail known to Border Patrol Agents as the "Coffee Cup." Agent Wagner had positioned himself there due to a sequence of seismic intrusion devices that had activated to the south of that location. At approximately 5:30 A.M., Agent Wagner heard the sound of brush breaking as several individuals moved toward his position. Three individuals emerged from the trail and Agent Wagner identified himself as a Border Patrol Agent. The first individual was able to abscond before Agent Wagner could make contact with him.

The second individual was still approximately 20 feet south of the Otay Truck Trail when Agent Wagner approached him. The individual, later identified as the defendant, Pedro ARIZMENDI-Ayala, began to run towards Agent Wagner attempting to get past him and striking him with his left elbow across his left cheek. Agent Wagner tackled ARIZMENDI on the south side of the Otay Truck Trail. As soon as they were both on the ground, ARIZMENDI again struck Agent Wagner with a closed fist on the top of his head. Agent Wagner continued to struggle with ARIZMENDI in an attempt to pin him to the ground and gain control of him. ARIZMENDI continued to resist, at which point Border Patrol Agent J. McCormick arrived on scene to attempt to assist with affecting the arrest of ARIZMENDI. Agent McCormick began to give verbal commands for ARIZMENDI to give her his hands, but ARIZMENDI continued to struggle, resisting both agents. In the struggle with ARIZMENDI, all three rolled over the north side of the Otay Truck Trail down a steep embankment, several feet through the thick brush and rocks. Agent Wagner and ARIZMENDI became entangled in the surrounding brush, at which point Agent Wagner was able to completely wrap his arms around ARIZMENDI and prevent him from moving any further down the hill. Border Patrol Agent V. Rochaamaro arrived on scene at this point and assisted in handcuffing ARIZMENDI. ARIZMENDI continued to struggle throughout the attempt to handcuff him. As a result of this incident, Agent Wagner suffered minor injuries to his knees and left shoulder.

CONTINUATION OF COMPLAINT:
Pedro ARIZMENDI-Ayala

The third individual, later identified as Material Witness Orlando Juvenal ZAGAL-Fuentes, was located a few meters away. Agents found ZAGAL hiding in a bush at the bottom of the Coffee Cup Trail approximately five yards behind a parked vehicle. Agent McCormick then gave ZAGAL and ARIZMENDI an immigration inspection. Both ZAGAL and ARIZMENDI admitted to being Mexican citizens and not in possession of the proper immigration documentation that would allow them to enter or remain in the United States legally. Agents placed ARIZMENDI and ZAGAL under arrest at approximately 5:33 A.M. This area is approximately 8.5 miles east of the Otay Mesa, California Port of Entry and 2.75 miles north of the United States/ Mexico international boundary.

At the station, defendant ARIZMENDI was advised of his Miranda Rights. ARIZMENDI stated he understood his rights and was willing to answer questions without an attorney present. ARIZMENDI stated he is a citizen of Mexico without any immigration documents that would allow him to enter or remain in the United States legally. ARIZMENDI stated he entered the United States on Thursday, February 25, 2021, at approximately 6:00 P.M. and knew he was in the United States at the time of his arrest. ARIZMENDI stated that while running across a road, he was grabbed from behind and fell to the road. ARIZMENDI stated that as he fell to the road, he could feel the other person fall with him. ARIZMENDI was asked who he thought the person who had grabbed him from behind was and he stated he knew it was an "agent of immigration" because they were the only ones on the mountain, and it couldn't be an animal because it would not grab you like that. ARIZMENDI was asked again who he thought had grabbed him from behind and again ARIZMENDI stated he was sure it was an agent of Immigration. ARIZMENDI stated that he never resisted the agent, only that when he was on the ground, his arm got stuck and couldn't move it.

At the station, material witness ZAGAL admitted to being a citizen of Mexico illegally present in the United States and not having any documents that would allow him to enter or remain in the United States legally. ZAGAL stated that he was walking through mountains with another person who he claims he does not know. The other person traveling with ZAGAL was later identified as the defendant, Pedro ARIZMENDI-Ayala. ZAGAL stated that he just met ARIZMENDI prior to crossing into the United States. ZAGAL stated that while they were walking, a Border Patrol Agent appeared on the mountain and shined his flashlight at them. ZAGAL stated that the agent yelled for them to stop in the Spanish language. ZAGAL stated that he witnessed the agent and ARIZMENDI fall to the ground but could not see anything else because it was dark outside. ZAGAL stated that he heard a female agent moving towards the agent who was on the ground and then observed the female agent assist in restraining

**CONTINUATION OF COMPLAINT:**
Pedro ARIZMENDI-Ayala

ARIZMENDI. ZAGAL stated that he heard ARIZMENDI scream as he and the agent initially went to the ground but could not see what happened. ZAGAL stated that he does not know whether ARIZMENDI hit the agent or if the agent hit ARIZMENDI, due to it being dark outside.

**Executed on February 27, 2021 at 10:25 A.M.**

Jon Bowen
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on February 26, 2021, in violation of 18 USC 111(a)(1).

10:39 AM, Feb 27, 2021

**KAREN S. CRAWFORD**
United States Magistrate Judge

Date/Time